JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jesus Elena Garcia, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Target Corporation, et al, | ) |
| | ) |
| Defendant(s). | ) |

SACV 20-02410JVS(KESx)

ORDER OF DISMISSAL UPON

SETTLEMENT OF CASE

 The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

 IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 30 days</u>, to reopen the action if settlement is not consummated.

DATED: 7/8/21

            James V. Selna
          United States District Judge